# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
4/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

In re:

Mahvash Mazgani

Debtor(s)

BAP/USDC NO.: 2:25-cv-02230-SSS
CASE NO.: 2:19-bk-21655-BR
ADVERSARY NO.: 2:20-ap-01637-BR
APPEAL DOCKET ENTRY NO.: 123

Kevin Moda

Plaintiff(s)

vs.

Mahvash Mazgani

Defendant(s)

## CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL

To the Clerk of the:
- [ ] Bankruptcy Appellate Panel of the Ninth Circuit
- [x] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Felix T. Woo
601 South Figueroa Street, Suite 1950
Los Angeles, CA 90017

Attorney of Record for Appellee:
Nazanin Mazgani
10954 Massachusetts Avenue
Los Angeles, CA 90024

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [x] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 04/29/2025    By: /s/ Sonny Milano
                        Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee
   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Gregory Kent Jones (TR)     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
   Betty Luu     bluu@duanemorris.com
   Nazanin Mazgani     mazganilaw@gmail.com
   James R Selth     jselth@yahoo.com,
   jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
   Felix T Woo     fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**