1
2
3
4

FELIX T. WOO (CA SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone:  (213) 335-3960
Facsimile:   (213) 344-4498

5

Attorney for Appellant Kevin Moda

6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14

In re:

MAHVASH MAZGANI,

           Debtor-in-Possession.

15
16
17
18
19
20
21

KEVIN MODA,

           Appellant,

    vs.

MAHVASH MAZGANI,

           Appellee.

District Court Case No.: 25-cv-02230-SSS

Bankruptcy Case No.: 2:19-bk-21655-BR

Adversary Case No.: 2:20-ap-01637-BR

Chapter 11

**APPELLANT'S APPENDIX
(EXCERPTS OF RECORD)
VOLUME INDEX**

Judge: Sunshine S. Sykes

22
23
24
25
26
27
28

1

1

## VOLUME INDEX

| Description | Date | ECF No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 6** | | | |
| Order Dismissing Adversary Proceeding | 10/15/2024 | 97 | 2-4 |
| **VOLUME 2 OF 6** | | | |
| Complaint for: Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A), 11 U.S.C. § 523(a)(4), 11 U.S.C. § 523(a)(6) and Denial of Discharge Pursuant to 11 U.S.C. § 727(a)(2), 11 U.S.C. § 727(a)(3), 11 U.S.C. § 727(a)(4) | 10/02/2020 | 1 | 6-181 |
| Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] | 10/07/2020 | 2 | 182-187 |
| Summons Service Executed on Mahvash Mazgani 10/14/2020 (Reid, Donald) (Entered: 10/14/2020) | 10/14/2020 | 4 | 188-190 |
| Defendant's Notice of Motion and Motion to Stay Plaintiff's Adversary Proceeding; Memorandum of Points and Authorities; Declaration of Mahvash Mazgani | 11/06/2020 | 5 | 191-215 |
| Debtor/Defendant Mahvash Mazgani's Motion to Dismiss Plaintiff's Claims for Relief in His Complaint for Denial of Discharge Under 11 U.S.C. §§ 727(a)(2) & (a)(4)(A); Declaration of Mahvash Mazgani | 11/06/2020 | 6 | 216-267 |
| Stipulation to Continue Hearings Scheduled on December 1, 2020 | 11/17/2020 | 13 | 268-270 |
| Declaration of Donald W. Reid in Support of Stipulation to Continue Hearings Scheduled on December 1, 2020 | 11/17/2020 | 14 | 271-273 |
| Order Approving Stipulation to Continue Hearings Scheduled on December 1, 2020 | 11/17/2020 | 15 | 274-275 |
| Joint Status Report [LBR 7016-1(a)(2)] | 12/01/2020 | 19 | 276-280 |
| Order Denying Motion to Dismiss Plaintiff's Claims for Relief in His Complaint for Denial of Discharge Under 11 U.S.C. §§ 727(a)(2) & (a)(4)(A) | 12/28/2020 | 29 | 281-282 |
| Order Granting Defendant's Motion to Stay Plaintiff's Adversary Proceeding | 12/28/2020 | 30 | 283-284 |
| **VOLUME 3 OF 6** | | | |
| Debtor/Defendant Mahvash Mazgani's Answer to Plaintiff's Complaint for Non-Dischargeability of Debt and Denial of Discharge | 01/14/2021 | 33 | 286-306 |
| Transcript regarding Hearing Held 12/01/20 | 01/22/2021 | 34 | 307-361 |

2

| Description | Date | ECF No. | ER No. |
|---|---|---|---|
| Amended Status Report re State Court Litigation | 03/01/2021 | 37 | 362-364 |
| Status Report re State Court Litigation | 06/10/2021 | 38 | 365-367 |
| Status Report re State Court Litigation | 09/07/2021 | 39 | 368-370 |
| Status Report re State Court Litigation | 11/15/2021 | 42 | 371-373 |
| Status Report re State Court Litigation | 01/25/2022 | 43 | 374-376 |
| Status Report re State Court Litigation | 05/02/2022 | 45 | 377-379 |
| Transcript regarding Hearing Held 05/17/22 | 06/24/2022 | 46 | 380-411 |
| Status Report and Stipulation to Continue Status Conference | 07/11/2022 | 47 | 412-414 |
| Status Report re State Court Litigation | 09/27/2022 | 50 | 415-417 |
| Status Report re State Court Litigation | 11/29/2022 | 51 | 418-420 |
| **VOLUME 4 OF 6** | | | |
| Status Report re State Court Litigation | 01/17/2023 | 52 | 422-426 |
| Status Report re State Court Litigation | 03/21/2023 | 53 | 427-429 |
| Status Report re State Court Litigation | 06/13/2023 | 55 | 430-432 |
| Status Report re State Court Litigation | 08/15/2023 | 57 | 433-435 |
| Updated Status Conference Report of Creditor Kevin Moda Regarding State Court Litigation | 08/24/2023 | 58 | 436-438 |
| Status Report re State Court Litigation | 09/05/2023 | 60 | 439-441 |
| Transcript regarding Hearing Held 09/19/23 | 10/27/2023 | 61 | 442-474 |
| Status Report re State Court Litigation | 11/14/2023 | 62 | 475-477 |
| Order Granting Motion to Withdraw as Counsel for Plaintiff | 11/30/2023 | 65 | 478 |
| Response to Mahvash Mazgani's Unilateral Status Report in Adversary Proceeding | 12/27/2023 | 68 | 479-482 |
| **VOLUME 5 OF 6** | | | |
| Transcript regarding Hearing Held 01/09/24 | 01/24/2024 | 70 | 484-503 |
| Substitution of Attorney [LBR 2091-1(b)] | 02/28/2024 | 72 | 504-506 |
| Status Report re Superior Court | 02/28/2024 | 73 | 507-515 |
| Order to Show Cause Why Complaint Should Not Be Dismissed for Plaintiff's Failure to Attend Status Conference | 06/04/2024 | 77 | 516-517 |
| Transcript regarding Hearing Held 06/04/24 | 07/09/2024 | 81 | 518-536 |
| Transcript regarding Hearing Held 08/06/24 | 08/07/2024 | 84 | 537-567 |
| Order to Appear and Show Cause Why Complaint Should Not Be Dismissed for Plaintiff's Failure to Attend Status Conference | 08/07/2024 | 85 | 568-569 |

| Description | Date | ECF No. | ER No. |
|---|---|---|---|
| Response to OSC on August 6, 2024, for Fialing to Appear on June 4, 2024 at Status Conference Set on That Day; Memorandum of Points and Authorities, Declaration of VIP Bhola, Esq., and Exhibit | 09/10/2024 | 89 | 570-582 |
| Notice of Lodgment of Order or Judgment in Adversary Proceeding re: Order to Show Cause Why Complaint Should Not Be Dismissed for Plaintiff's Failure to Attend Status Conference | 09/26/2024 | 91 | 583-588 |
| Transcript Record Transmittal RE Hearing Date: 9/24/24 | 09/26/2024 | 93 | 589-615 |
| Objection to Proposed Order on Order to Show Cause Why Complaint Should Not Be Dismissed for Plaintiff's Failure to Attend Status Conference | 10/03/2024 | 95 | 616-623 |
| Notice of Lodgment of Order or Judgment in Adversary Proceeding Re: Order on Order to Show Cause Why Complaint Should Not Be Dismissed for Plaintiff's Failure to Attend Status Conference | 10/03/2024 | 96 | 624-627 |
| Transcript regarding Hearing Held 09/21/21 | 10/26/2024 | 100 | 628-666 |
| Transcript regarding Hearing Held 10/11/22 | 10/26/2024 | 101 | 667-672 |
| Transcript regarding Hearing Held 12/13/22 | 10/26/2024 | 102 | 673-679 |
| Transcript regarding Hearing Held 12/15/20 | 10/26/2024 | 103 | 680-702 |
| **VOLUME 6 OF 6** | | | |
| Plaintiff Kevin Moda's Notice of Motion and Motion for Reconsideration | 10/29/2024 | 104 | 704-895 |
| Order Setting Hearing on "Plaintiff Kevin Moda's Motion for Reconsideration" | 12/03/2024 | 112 | 896-897 |
| Transcript regarding Hearing Held 01/21/25 | 01/27/2025 | 118 | 898-966 |
| Memorandum of Decision Denying Kevin Moda's Motion for Reconsideration (Docket No. 104) | 03/05/2025 | 119 | 967-986 |
| Order Denying Kevin Moda's Motion for Reconsideration (Docket No. 104) | 03/05/2025 | 120 | 987-988 |
| Transcript regarding Hearing Date 03/12/2024 | 03/21/2025 | 128 | 989-1004 |
| Notice of Appeal and Statement of Election | 03/11/2025 | 123 | 1005-1007 |
| Amended Notice of Appeal and Statement of Election | 03/12/2025 | 126 | 1008-1038 |
| Adversary Docket for Case No. 2:20-ap-01637-BR – United States Bankruptcy Court, Central District of California – Kevin Moda v. Mahvash Mazgani | | | 1039-1055 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28