1  FELIX T. WOO (CA SBN 208107)
   fwoo@ftwlawgroup.com
2  FTW LAW GROUP
   601 South Figueroa Street, Suite 1950
3  Los Angeles, California 90017
   Telephone:   (213) 335-3960
4  Facsimile:    (213) 344-4498

5  Attorney for Appellant Kevin Moda

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 In re:                           District Court Case No.: 25-cv-02230-SSS

12 MAHVASH MAZGANI,                 Bankruptcy Case No.: 2:19-bk-21655-BR

13          Debtor-in-Possession.   Adversary Case No.: 2:20-ap-01637-BR

14                                  Chapter 11

15                                  **APPELLANT'S APPENDIX
                                    (EXCERPTS OF RECORD)
16 KEVIN MODA,                      VOLUME 1 OF 6**

17          Appellant,
                                    Judge: Sunshine S. Sykes
18      vs.

19 MAHVASH MAZGANI,

20          Appellee.

21

22

23

24

25

26

27

28

1   Nazanin Mazgani, Esq. (SBN 270258)
    Law Offices of Nazanin Mazgani
2   10954 Massachusetts Avenue
    Los Angeles, CA 90024
3   Phone: (310)892-0820
4   Email: mazganilaw@gmail.com

5   Attorney for Debtor and Defendant in Adversary Proceeding
    MAHVASH MAZGANI
6

```
FILED & ENTERED

       OCT 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK
```

7                   UNITED STATES BANKRUPTCY **CHANGES MADE BY COURT**

8                   CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

9

10  In re:                                  Case No. 2:19-bk-21655-BR

11  MAHVASH MAZGANI,                        Adv. No. 2:20-ap-01637-BR

12                                          Chapter 11

13            Debtor and Debtor in Possession.

14  _____        **ORDER DISMISSING ADVERSARY
                                            PROCEEDING**
15  KEVIN MODA,
                                            Date:        September 24, 2024
16            Plaintiff,                    Time:        10:00 a.m.
                                            Courtroom: 1668
17        vs.

18  MAHVASH MAZGANI,

19            Defendant.

20  _____

21        On March 12, 2024, a Status Conference was held in the above-captioned adversary

22  proceeding.  Plaintiff Kevin Moda appeared in pro per and Nazanin Mazgani appeared for

23  Defendant Mahvash Mazgani.  The Court continued the Status Conference on the record to June 4,

24  2024 (Adv. Doc. No. 75).

25        Plaintiff did not file a Status Report for the June 4, 2024 status conference.  Defendant

26  timely filed a Unilateral Status Report on May 21, 2024 (Adv. Doc. No. 76).

27        On June 4, 2024, the continued Status Conference was held.  Plaintiff did not appear and

28  James R. Selth specially appeared for Nazanin Mazgani for Defendant.  The Court entered an Order

To Show Cause set for August 6, 2024 why the adversary proceeding should not be dismissed for plaintiff's failure to file a Status Report or appear at the status conference and ordered plaintiff to file any response to the OSC no later than July 23, 2024 (Adv. Doc. No. 77).

On June 6, 2024, the Bankruptcy Court Noticing Center served plaintiff at his address of record with the OSC set for August 6, 2024 (Adv. Doc. No. 79).  Plaintiff did not file a response to the OSC even though plaintiff had been served with the OSC.

In Court on August 6, 2024, the Court being unaware that the OSC had been served by the Noticing Center, believed plaintiff had not been served with the OSC.  At that hearing, plaintiff stated he had not been served with the OSC despite the fact that he was properly served by the Noticing Center.  The Court finds his denial of not being served not to be credible and does not rebut the presumption that he received the OSC.

Then, the Court set a new OSC to be heard on September 24, 2024, why the adversary proceeding should not be dismissed and ordered plaintiff to file any response to the OSC no later than September 10, 2024.

On August 9, 2024, the Noticing Center served plaintiff at his address of record with the OSC set for September 24, 2024 (Adv. Doc. No. 87). On August 12, 2024, defendant's counsel also served plaintiff with the OSC, see Proof of Service filed August 12, 2024 (Adv. Doc. No. 88).

Plaintiff did not file a response to the OSC despite being served by both defendant's counsel and the Noticing Center.

Based on the foregoing, and for good cause,

**IT IS HEREBY ORDERED** that plaintiff's adversary proceeding is dismissed with prejudice for lack of prosecution.

Date: October 15, 2024

Barry Russell
United States Bankruptcy Judge

**ER-3**

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Kevin Moda
18324 Clark St.
#310
Tarzana, CA 91356

Felix T Woo
FTW Law Group
601 South Figueroa St Ste 1950
Los Angeles, CA 90017

Mahvash Mazgani
10954 Massachusetts Ave.
Los Angeles, CA 90024

Nazanin Mazgani
Law Offices of Nazanin Mazgani
10954 Massachusetts Ave
Los Angeles, CA 90024

☐ Service information continued on attached page

Date: 10/15/2024     Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER

CACB Rev. June 2016

**ER-4**