1   FELIX T. WOO (CA SBN 208107)
    fwoo@ftwlawgroup.com
2   FTW LAW GROUP
    601 South Figueroa Street, Suite 1950
3   Los Angeles, California 90017
    Telephone:  (213) 335-3960
4   Facsimile:   (213) 344-4498

5   Attorney for Appellant Kevin Moda

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  In re:                          District Court Case No.: 25-cv-02230-SSS

12  MAHVASH MAZGANI,                 Bankruptcy Case No.: 2:19-bk-21655-BR

13            Debtor-in-Possession.  Adversary Case No.: 2:20-ap-01637-BR

14                                   Chapter 11

15  ─────────────────────────
                                     **APPELLANT'S APPENDIX**
16  KEVIN MODA,                      **(EXCERPTS OF RECORD)**
                                     **VOLUME 4 OF 6**
17            Appellant,

18        vs.                        Judge: Sunshine S. Sykes

19  MAHVASH MAZGANI,

20            Appellee.

21

22

23

24

25

26

27

28

                                1                      **ER-421**

Donald W. Reid – SBN 281743
LAW OFFICE OF DONALD W. REID
PO Box 2227
Fallbrook, CA 92088
(951) 777-2460
don@donreidlaw.com

Counsel for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAHVASH MAZGANI,<br><br>Debtor. | Case No. 2:19-bk-21655-BR<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01637-BR<br><br>**STATUS REPORT RE STATE COURT LITIGATION** |
| KEVIN MODA,<br><br>Plaintiff,<br><br>v.<br><br>MAHVASH MAZGANI,<br><br>Defendant. | Status Conference:<br>Date:     January 24, 2023<br>Time:     11:00 a.m.<br>Courtroom:  1668 |

This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status of the state court litigation between the parties.

A jury trial and court trial was held on Mazgani's Complaint and Moda's Cross-Complaint on the following days: October 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, and 31, 2022; November 1, 2, 3, 4, 7, 8, 9, 10, 14, 15, 16, 22, 28, 29 and 30, 2022; December 1, 2, 5, 6, 7, 8, 9, 12, 15, 16, 19, 20, 21, 22, 2022; and January 3, 4, 2023.

**ER-422**

1    The jury deliberated and returned to the court with its verdict. The verdict was advisory on

2   some issues. A hearing on the judge's final ruling is scheduled for February 2, 2023. The Parties

3   will further update this Court after the final rulings are issued.

4

5   Below is the outcome of issues litigated on Mazgani's Complaint against Moda:

6    On the Complaint's First through Fourth Causes of Action for Quiet Title to the Clark

7   Property, Declaratory Relief re the Clark Property , Slander of Title to the Clark Property, and

8   Cancellation of Written Instruments re the Clark Property, the Court entered a directed verdict

9   finding against Mazgani and in favor of Moda.

10    On the Complaint's Fifth through Eighth Causes of Action for Quiet Title to the

11   Massachusetts Property, Declaratory Relief re the Massachusetts Property , Slander of Title to the

12   Massachusetts Property, and Cancellation of Written Instruments re the Massachusetts Property,

13   the Court entered a directed verdict finding against Mazgani and in favor of Moda.

14    On the Complaint's Ninth Cause of Action for Intentional Infliction of Emotional Distress,

15   the jury found against Mazgani and in favor of Moda, and that Mazgani shall take nothing.

16

17   Below is the outcome of the jury verdict on Moda's Cross-Complaint against Mazgani:

18    On the question of Breach of Fiduciary Duty, the jury found in favor of Moda and against

19   Mazgani, and awarded Moda damages in the amount of $150,000.00

20    On the question of Fraud by Intentional Misrepresentation, the jury found in favor of Moda

21   and against Mazgani, and awarded Moda damages in the amount of $1,500,000.00.

22    On the question of Fraud by Concealment, the jury found in favor of Mazgani and against

23   Moda, and that Moda shall take nothing.

24    On the question of Conversion, the jury found in favor of Moda and against Mazgani, and

25   awarded Moda damages in the amount of $104,000.00.

26    On the question of Money Had and Received, the jury found in favor of Moda and against

27   Mazgani, and awarded Moda damages in the amount of $500,000.00.

28

**ER-423**

On the question of Fraudulent Transfer, the jury found in favor of Mazgani and against Moda, and that Moda shall take nothing.

On the question of Conspiracy, the jury found in favor of Neyaz and Nazanin Mazgani, and against Moda, and that Moda shall take nothing.

On the question of Aiding and Abetting, the jury found in favor of Neyaz and Nazanin Mazgani and against Moda, and that Moda shall take nothing.

On the question of Breach of Fiduciary Duty of Counsel, the jury found in favor of Nazanin Mazgani and against Moda, and that Moda shall take nothing.

On the question of Moda's Intentional Infliction of Emotional Distress, the jury found against Moda and in favor of Mazgani, and that Moda shall take nothing.

Based on the foregoing, the jury awarded Moda actual damages in the total amount of $2,254,000.00 against Mazgani. Moda waived his request for punitive damages to be decided by the jury. The Court reserved the matter of punitive damages, which is still to be decided.

In addition to the money damages to be awarded, the Court previously commented that Mazgani held the Clark and Massachusetts Properties in a constructive trust for the benefit of Moda. The Court also previously commented that, in the alternative, Moda was entitled to equitable liens against the Clark and Massachusetts Properties.

As stated above, there is a hearing scheduled for February 2, 2023, at 9 a.m., at which time the judge will make her final decision and rulings. At this time there is no final decision or judgment.

The Court instructed Moda to prepare and upload a judgment, which matter is still pending.

The parties request that the Court continue this status conference to March 2023 as they await entry of the final judgment.

///

**ER-424**

1

2

3   Dated: January 17, 2023

4

5

6

7   Dated: January 17, 2023

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted by,

LAW OFFICE OF DONALD W. REID

By: /s/Donald W. Reid
Donald W. Reid, Counsel for
Plaintiff Kevin Moda

LAW OFFICES OF NAZANIN MAZGANI

By: _____
Nazanin Mazgani, Counsel for
Defendant Mahvash Mazgani

4

**ER-425**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: PO Box 2227, Fallbrook, CA 92088

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,
  jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) January 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 17, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2023 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ER-426**

Donald W. Reid – SBN 281743
LAW OFFICE OF DONALD W. REID
PO Box 2227
Fallbrook, CA 92088
(951) 777-2460
don@donreidlaw.com

Counsel for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>MAHVASH MAZGANI,<br><br>                Debtor. | Case No. 2:19-bk-21655-BR<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01637-BR<br><br>**STATUS REPORT RE STATE COURT LITIGATION** |
| KEVIN MODA,<br><br>                Plaintiff,<br><br>v.<br><br>MAHVASH MAZGANI,<br><br>                Defendant. | Status Conference:<br>Date:       April 4, 2023<br>Time:       11:00 a.m.<br>Courtroom:  1668 |

1

**ER-427**

1    This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant

2   Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status

3   of the state court litigation between the parties.

4    The state court has not yet entered a judgment in the state court litigation. A further

5   hearing is set for March 28, 2023 at 9:30 a.m.

6    The parties request that the Court continue this status conference to May 2023 as they

7   await entry of the final judgment in the state court litigation.

8

9                                         Respectfully submitted by,

10

11   Dated: March 21, 2023                 LAW OFFICE OF DONALD W. REID

12                                          By: /s/Donald W. Reid
                                            Donald W. Reid, Counsel for
13                                          Plaintiff Kevin Moda

14

15   Dated: March 21, 2023                 LAW OFFICES OF NAZANIN MAZGANI

16                                          By: _____
17                                          Nazanin Mazgani, Counsel for
18                                          Defendant Mahvash Mazgani

19

20

21

22

23

24

25

26

27

28

**ER-428**

1

## PROOF OF SERVICE OF DOCUMENT

2

3

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: PO Box 2227, Fallbrook, CA 92088

4

5

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

6

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

7

8

- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com

9

- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,

10

11

jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

12

☐    Service information continued on attached page

13

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) March 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

14

15

16

☐    Service information continued on attached page

17

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

18

19

20

21

☐    Service information continued on attached page

22

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

23

| March 21, 2023 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

24

25

26

27

28

3

**ER-429**

Donald W. Reid – SBN 281743
LAW OFFICE OF DONALD W. REID
PO Box 2227
Fallbrook, CA 92088
(951) 777-2460
don@donreidlaw.com

Counsel for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAHVASH MAZGANI,<br><br>              Debtor. | Case No. 2:19-bk-21655-BR<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01637-BR<br><br>**STATUS REPORT RE STATE COURT LITIGATION** |
| KEVIN MODA,<br><br>              Plaintiff,<br><br>v.<br><br>MAHVASH MAZGANI,<br><br>              Defendant. | Status Conference:<br>Date:        June 27, 2023<br>Time:       10:00 a.m.<br>Courtroom:  1668 |

1

**ER-430**

1    This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant

2 Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status

3 of the state court litigation between the parties.

4    The state court has not yet entered a judgment in the state court litigation. A further

5 hearing is set for June 23, 2023.

6    The parties request that the Court continue this status conference to August 2023 as they

7 await entry of the final judgment in the state court litigation.

8

9                                        Respectfully submitted by,

10

11 Dated: June 13, 2023                   LAW OFFICE OF DONALD W. REID

12                                        By: /s/Donald W. Reid
                                          Donald W. Reid, Counsel for
13                                        Plaintiff Kevin Moda

14

15 Dated: June 13, 2023                   LAW OFFICES OF NAZANIN MAZGANI

16                                        By: _____
17                                        Nazanin Mazgani, Counsel for
                                          Defendant Mahvash Mazgani
18

19

20

21

22

23

24

25

26

27

28

2

**ER-431**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: PO Box 2227, Fallbrook, CA 92088

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 13, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,
  jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) June 13, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 13, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2023 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ER-432**

1  Donald W. Reid – SBN 281743
2  LAW OFFICE OF DONALD W. REID
   PO Box 2227
3  Fallbrook, CA 92088
   (951) 777-2460
4  don@donreidlaw.com

5  Counsel for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAHVASH MAZGANI,<br>            Debtor. | Case No. 2:19-bk-21655-BR<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01637-BR<br><br>**STATUS REPORT RE STATE COURT LITIGATION**<br><br>Status Conference:<br>Date:        August 29, 2023<br>Time:        10:00 a.m.<br>Courtroom:  1668 |
| KEVIN MODA,<br>            Plaintiff,<br>v.<br>MAHVASH MAZGANI,<br>            Defendant. | |

1

**ER-433**

1
2          This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant

3   Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status

    of the state court litigation between the parties.

4          On July 7, 2023, the state court entered Judgment and Statement of Decision in the state

5   court action. Judgment was entered in favor of Moda in the total amount of $33,229,583.55, as

6   well as awarded the Clark and Massachusetts Properties to Moda.

7          On July 12, 2023, Mazgani filed a Notice of Appeal.

8          Mr. Reid represents that a breakdown of the attorney-client relationship between Moda and

    Mr. Reid has occurred. Moda recently signed a substitution of attorney to relieve Mr. Reid as

9   counsel. However, the proposed new counsel has not yet signed the substitution of attorney. If a

10  substitution of attorney is not signed soon, Mr. Reid intends to file a motion to withdraw as

11  counsel for Moda.

12         The parties request that the Court continue this status conference to November 2023 to

    allow Moda to retain new counsel.

13

14
                                                    Respectfully submitted by,
15

16  Dated: 8/15/2023                                LAW OFFICE OF DONALD W. REID

17                                                  By: /s/Donald W. Reid
                                                    Donald W. Reid, Counsel for
18                                                  Plaintiff Kevin Moda

19

20  Dated: 8/15/2023                                LAW OFFICES OF NAZANIN MAZGANI

21                                                  By:
                                                    Nazanin Mazgani, Counsel for
22                                                  Defendant Mahvash Mazgani

23

24

25

                                        2

**ER-434**

1

# PROOF OF SERVICE OF DOCUMENT

2

3
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: PO Box 2227, Fallbrook, CA 92088

4
A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

6
**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/15/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

7

8
- Gregory Kent Jones (TR)   gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,
  jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

9

10

11
☐   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:

12
On (*date*) 8/15/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

13

14
☐   Service information continued on attached page

15
**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

16
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/15/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

17

18

19
☐   Service information continued on attached page

20
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

21

| 8/15/2023 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

22

23

24

25

**ER-435**

1  VIP BHOLA, ESQ. (SBN 183980)
2  LAW OFFICES OF VIP BHOLA
3  5429 Cahuenga Blvd., Suite 101
   North Hollywood, CA 91601
4  Tel: (818) 347-5297
   Fax: (818) 221-0302
5  Email: vbhola@icloud.com
6  Attorney for Creditor, KEVIN MODA
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                  FOR THE COUNTY OF LOS ANGELES
10
11  In re:                          )  CASE No.: 2:19-bk-21655-BR
                                    )
12  MAHVASH MAZGANI TRUST,          )  Chapter 11
                                    )  Subchapter V
13       Debtor and Debtor in Possession. )
                                    )  **UPDATED STATUS CONFERENCE**
14                                  )  **REPORT OF CREDITOR, KEVIN MODA**
                                    )  **REGARDING STATE COURT**
15                                  )  **LITIGATION**
                                    )
16                                  )  **Date:  August 29, 2023**
17                                  )  **Time:  10:00 a.m.**
                                    )  **Courtroom: 1668**
18                                  )
19  _____ )
20
21
22
23  / / /
24  / / /
25  / / /
26
27
28

This updated Status Conference Report is filed by plaintiff/creditor, Kevin Moda, by and through his current counsel, to advise the Court as to the current status of the state court litigation, as well as this litigation, since events have occurred since the prior status report was filed on August 15, 2023.

The undersigned has just recently substituted in as counsel for the creditor, Kevin Moda. Moreover, inasmuch as the undersigned generally conducts only state court civil litigation, he apologizes for any inconvenience caused by his unfamiliarity with Bankruptcy procedures, as this is his first foray into the Bankruptcy arena.

This updated Status Conference Report is somewhat tardy, as the undersigned has not received the file from former counsel, and just learned of the Status Conference.  As such, this updated Report is somewhat tardy, for which counsel apologizes.

Following the July 7, 2023 entry of the state court Judgment and Statement of Decision in favor of Moda, in the amount of $33,229,583.55, in addition to an award of the Clark and Massachusetts properties to Moda, **as of the date of their acquisition[1]**, Moda has a pending motion before this Court to confirm that no stay is in effect, or alternatively, to lift any stay with regard to the properties.

Moreover, the Judgment requires Debtor to "deliver to KEVIN MODA the possession of the Massachusetts Property forthwith, free of any leases, tenants or occupants, and any right of possession by MAHVASH MAZGANI, individually and as the trustee of the Mahvash Mazgani Family Trust, Nazanin Mazgani, Neyaz Mazgani and/or any other occupants of the Massachusetts Property, including tenants and subtenants in that property, if any. All leases and rights to occupy the Massachusetts Property are hereby terminated."  The same provisions of the Judgment also apply to the Clark property.

To date, Debtor has failed to comply with the terms of the Judgment.

Although Debtor filed a Notice of Appeal, the Debtor failed to timely file a Motion for New Trial.  As such, her Motion for New Trial was deemed untimely and thus stricken by the trial court judge.

---

[1] Each property was acquired years before Debtor filed her Bankruptcy proceeding, and are the subject of a Constructive Trust imposed by the State Court judge.  As such, neither the Clark nor Massachusetts properties are properly included in the Bankruptcy estate.

UPDATED STATUS CONFERENCE REPORTD

**ER-437**

Furthermore, the Debtor ignored the admonishment given by the trial judge on May 16, 2023, reaffirming the court's earlier ruling of December 7, 2022 that those properties belong to Moda and not to the Debtor.  Thumbing her nose at the trial court, however, the Debtor has even used the rental funds from those properties to pay for her current attorneys and plans to hire a new legal representative for her appeal, relying solely on the rent from the properties she does not own and does not pay for[2].  The Trustee has no claim to these funds as they are not part of the estate. This finding is protected by the Rooker Feldman doctrine and can only be reviewed by a California appellate court or the United States Supreme Court.

Even more egregiously, in her recent application to employ new counsel, Debtor claims that she was given $9000 from another person, without any disclosure of who that person is, nor what the circumstances are, and with no regard to Rule of Professional Conduct 1.8.6.   The reason for her ambiguity is simple:  she's lying.

LAW OFFICES OF VIP BHOLA

DATED: August 24, 2023

By:_____

Vip Bhola, Esq.
Attorney for Creditor, KEVIN MODA

---

[2] This transgression is the subject of a motion pending before this Court seeking to exercise the right of recoupment.

Donald W. Reid – SBN 281743
LAW OFFICE OF DONALD W. REID
PO Box 2227
Fallbrook, CA 92088
(951) 777-2460
don@donreidlaw.com

Counsel for Plaintiff

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MAHVASH MAZGANI,<br><br>           Debtor. | Case No. 2:19-bk-21655-BR<br><br>Chapter 11<br><br>Adv. No. 2:20-ap-01637-BR |
| | **STATUS REPORT RE STATE COURT LITIGATION** |
| KEVIN MODA,<br><br>           Plaintiff,<br><br>v.<br><br>MAHVASH MAZGANI,<br><br>           Defendant. | Status Conference:<br>Date:      September 19, 2023<br>Time:      10:00 a.m.<br>Courtroom: 1668 |

1

**ER-439**

1    This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant

2    Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status

3    of the state court litigation between the parties.

4        On July 7, 2023, the state court entered Judgment and Statement of Decision in the state

5    court action. Judgment was entered in favor of Moda in the total amount of $33,229,583.55, as

6    well as awarded the Clark and Massachusetts Properties to Moda.

        On July 12, 2023, Mazgani filed a Notice of Appeal.

7
        Mr. Reid represents that a breakdown of the attorney-client relationship between Moda and

8    Mr. Reid has occurred. Moda recently signed a substitution of attorney to relieve Mr. Reid as

9    counsel. However, the proposed new counsel has not yet signed the substitution of attorney. If a

10   substitution of attorney is not signed soon, Mr. Reid intends to file a motion to withdraw as

11   counsel for Moda before the status conference.

12       The parties request that the Court continue this status conference to November 2023 to

13   allow Moda to retain new counsel.

14       Defendant's counsel, Nazanin Mazgani, is unavailable to attend the status conference on

     September 19, 2023. Jim Selth is available to appear specially on her behalf.
15

16                                          Respectfully submitted by,

17
     Dated: 9/5/2023                        LAW OFFICE OF DONALD W. REID
18
                                            By: /s/Donald W. Reid
19                                          Donald W. Reid, Counsel for
                                            Plaintiff Kevin Moda
20

21
     Dated: 9/5/2023                        LAW OFFICES OF NAZANIN MAZGANI
22
                                            By:
23                                          Nazanin Mazgani, Counsel for
                                            Defendant Mahvash Mazgani
24

25

                                            2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: PO Box 2227, Fallbrook, CA 92088

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/5/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,
  jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) 9/5/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/5/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/5/2023 | Donald W. Reid | /s/Donald W. Reid |
|----------|----------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

**ER-441**

```
 1                    UNITED STATES BANKRUPTCY COURT

 2                    CENTRAL DISTRICT OF CALIFORNIA

 3                              --oOo--

 4   In Re:                      )   Case No. 2:19-bk-21655-BR
                                 )
 5   MAHVASH MAZGANI,            )   Chapter 11
                                 )
 6            Debtor.            )   Los Angeles, California
     _____)   Tuesday, September 19, 2023
 7                               )   10:00 a.m.
     MODA,                       )
 8                               )
              Plaintiff,         )
 9                               )
     vs.                         )   Adv. No. 2:20-ap-01637-BR
10                               )
     MAZGANI,                    )
11                               )
              Defendant.         )
12   _____)

13                               CONT'D STATUS CONFERENCE RE
                                 SUBCHAPTER V CHAPTER 11 CASE
14
                                 CONT'D HRG. RE DEBTOR'S MOTION
15                               FOR ORDER DISALLOWING CLAIM
                                 NO. 15 HOWARD KAPP
16
                                 HRG. RE APPLICATION OF CHAPTER
17                               11 DEBTOR AND DEBTOR IN
                                 POSSESSION TO EMPLOY KLAPACH,
18                               P.C. AS DEBTORS SPECIAL
                                 LITIGATION COUNSEL EFFECTIVE
19                               JULY 7, 2023

20                               HRG RE MOTION FOR AND ORDER TO
                                 COMPEL ALL PROFESSIONALS WHO
21                               GAINED EMPLOYMENT THROUGH
                                 APPROVAL FROM THE BANKRUPTCY
22                               COURT OR CONTINUED THEIR
                                 EMPLOYMENT DURING THE
23                               BANKRUPTCY TO RETURN ALL MONEY
                                 RECEIVED FROM OCTOBER 3, 2023
24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

*Echo Reporting, Inc.*

**ER-442**

ii

```
 1                              CONT'D HRG. RE MOTION FOR
                                RELIEF FROM THE AUTOMATIC STAY
 2                              PERSONAL PROPERTY
                                RE: CCC 3104
 3                              KEVIN MODA VS. DEBTOR

 4                              CONT'D HEARING. RE MOTION IN
                                INDIVIDUAL CASE FOR ORDER
 5                              CONFIRMING TERMINATION OF STAY

 6                              UNDER 11 U.S.C. 362(J) OR THAT
                                NO STAY IS IN EFFECT UNDER 11
 7                              U.S.C. 362(C)(4)(A)(II)

 8                              CONT'D STATUS CONFERENCE RE
                                COMPLAINT FOR:
 9                              NONDISCHARGEABILITY OF DEBT
                                PURSUANT TO: 11 U.S.C. SECTION
10                              523(A)(2)(A), 11 U.S.C.
                                SECTION 523(A)(4), 11 U.S.C.
11                              SECTION 523(A)(6)

12                              DENIAL OF DISCHARGE PURSUANT
                                TO: 11 U.S.C. SECTION
13                              727(A)(2), 11 U.S.C. SECTION
                                7272(A)(3), 11 U.S.C. SECTION
14                              727(A)(4)

15                    TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE BARRY RUSSELL
16                   UNITED STATES BANKRUPTCY JUDGE

17   APPEARANCES:

18   For the Debtor:           JAMES R. SELTH, ESQ.
                               Weintraub Zolkin Talerico
19                              & Selth, LLP
                               11766 Wilshire Boulevard
20                             Suite 450
                               Los Angeles, California 90025
21                             (310) 207-1494

22   For Kevin Moda:           VIP BHOLA, ESQ.
                               Bhola & Associates
23                             5429 Cahuenga Boulevard
                               Suite 101
24                             North Hollywood, California
                                91601
25                             (818) 347-5297
```

*Echo Reporting, Inc.*

iii

```
1   APPEARANCES:  (Cont'd.)

2   For Kevin Moda:              DONALD REID, ESQ.
                                 Law Office of Donald Reid
3                                Post Office Box 2227
                                 Fallbrook, California 92088
4                                (951) 777-2460

5   For the Chapter 11 Trustee: GREG JONES, ESQ.
                                 Stradling Yucca Carlson &
6                                  Rauth
                                 10100 North Santa Monica
7                                  Boulevard, Suite 1400
                                 Los Angeles, California 90067
8                                (424) 214) 7044

9   Court Recorder:             Wanda Toliver
                                 United States Bankruptcy Court
10                               Edward R. Roybal Federal
                                  Building
11                               255 East Temple Street
                                 Los Angeles, California 90012
12
    Transcriber:                Jordan Keilty
13                               Echo Reporting, Inc.
                                 9711 Cactus Street, Suite B
14                               Lakeside, California 92040
                                 (858) 453-7590
15

16

17

18

19

20

21

22

23

24

25
```

*Echo Reporting, Inc.*

**ER-444**

```
                                                                1
 1  LOS ANGELES, CALIFORNIA TUESDAY, SEPTEMBER 19, 2023 10:00 AM
 2                          --oOo--
 3      (Call to order of the Court.)
 4              THE CLERK:  Calling number 56 through 62, Mazgani.
 5              MR. SELTH:  Good morning, your Honor.  James Selth
 6  appearing on behalf of the Debtor and Debtor in Possession,
 7  who is monitoring the hearing on Zoom.
 8              THE COURT:  Okay.
 9              MR. SELTH:  Also, I have with me proposed
10  appellate counsel, Joseph Klapach, who's the subject of the
11  application to employ and could answer any questions the
12  Court may have about the appeal.
13              THE COURT:  Okay.  Okay.
14              MR. BHOLA:  Good morning, your Honor.  Vip Bhola,
15  B-H-O-L-A-, for Creditor Mr. Moda.
16              THE COURT:  Okay.
17              MR. BHOLA:  And, your Honor, would it be okay -- I
18  have a leg injury.  Would it be okay if I --
19              THE COURT:  Oh, sure.  I --
20              MR. BHOLA:  -- if I sat down?
21              THE COURT:  Yeah, sure.  I didn't know who you
22  were, but I -- I was eliminating the people that I do know
23  who they are.  Yes, certainly, why don't you have a seat.
24              I see Mr. Moda is here.
25              MR. MODA:  Good morning, your Honor.
```

2

1    THE COURT:  Okay.  Yeah, absolutely, have a seat.

2    Now, a couple of things.  This should not really

3    take a lot of time.  I put it last because I wasn't quite

4    sure, and actually that last one -- not the last one, the

5    one before that, I wasn't sure how long that would take.

6    But I apologize, but that's just the nature of Federal

7    Court.

8    The -- the -- let me see.  Let me get the motion

9    and the order.  There's the -- the -- one of them, by the

10   way, I think, Counsel, you're having trouble following our

11   Rules, and I've decided what I am going to do.  We're

12   talking about the motion for relief from the automatic stay.

13   All right.  That one you don't seem to be able to get it

14   right.  So, let me tell you what I am going to do.  I should

15   have done it last time, but as far as I am concerned, you --

16   the -- you have been -- the Debtor has been served.

17   Do you understand that?

18   MR. SELTH:  The Debtor has not been.  Debtor's

19   counsel's been served.

20   THE COURT:  No, no, I --

21   MR. SELTH:  Rule 4001 hasn't been --

22   THE COURT:  No.  What I'm telling you, as far as

23   I am concerned -- this could go on forever.  I'm not going

24   to do it anymore.  I'm telling you, no, as far as I am

25   concerned, as far as the service, that the Debtor and

3

```
 1  counsel, even though at the moment it hasn't been
 2  technically done, I'm just telling you it's been -- as far
 3  as I am concerned, it's been done.
 4          MR. SELTH:  And the 20 largest unsecured creditors
 5  have not been served under the FRBP.
 6          THE COURT:  I don't think they care either.
 7          MR. SELTH:  I just --
 8          THE COURT:  Yeah.
 9          MR. SELTH:  I don't make the Rules.  I cite them.
10          THE COURT:  No, no.  No, I understand.  Do you
11  understand that the 20 largest haven't been served?  By the
12  way, let me ask you, don't we serve them?
13          THE CLERK:  No, we don't, Judge.
14          THE COURT:  Okay.  Because we serve both the
15  Debtor -- who do we serve?
16          THE CLERK:  We don't serve anyone.  He serves --
17          THE COURT:  No -- yeah.  But -- but we -- in a
18  notice of a motion.  The -- as far as I'm concerned, the --
19  the dilemma I have is -- you know, are you a bankruptcy
20  lawyer, Counsel?
21          MR. BHOLA:  No, your Honor, I'm not.
22          THE COURT:  Yeah.  It's a shame.  You really --
23  you've gotten yourself into -- these are technical --
24  technicalities, and I -- I -- I think  maybe the easiest
25  thing for me to do, because I think -- you're right.  I
```

4

1  haven't really thought about -- I was thinking more about

2  the Debtor.  You simply haven't served -- you haven't

3  complied with the Rules.

4          What I am going to do is the following, because

5  I'm not going to do it for you, and -- and the -- as far as

6  the Debtor and counsel -- and counsel has got it, you're

7  really going to have to or, else, you're never going to --

8  I'm never going to hear your -- your motion.

9          Obviously, I -- I don't know what the answer is,

10 but, I mean, I understand what the case is about.  You know,

11 the State Court, Mr. Moda prevailed.  And, so, I -- I get

12 it.  I understand why you're making the motion.  But the

13 Rules are particular.  I hadn't really thought about as much

14 the other folks.  Now, whether they would care or not, maybe

15 so.  I don't -- I don't know.  So, what I may do is this --

16          MR. BHOLA:  But, your Honor --

17          THE COURT:  Yeah?

18          MR. BHOLA:  I'm sorry.  I thought you were --

19          THE COURT:  Well, no.  You haven't complied with

20 the Rules.

21          MR. BHOLA:  Mr. -- Mr. May, who represents the 20

22 largest creditors, has been served.

23          THE COURT:  Nobody represents the 20 largest --

24 well, you really should probably start -- stop talking,

25 because there's no such thing of anybody who represents --

5

1  where do you get that, that -- nobody represents the 20

2  largest creditors.

3          MR. BHOLA:  That was my understanding, your Honor.

4          THE COURT:  No.  No.  I really think -- I'm not

5  faulting you, but the -- the fact is this is not a Small

6  Claims Court.  And I'm not suggesting that Mr. Moda get

7  somebody else, but -- but it's frustrating for me.  I mean,

8  obviously, if you don't have the experience, you don't have

9  the experience, but -- but the -- but, from my standpoint,

10 we should not have to keep going ad nauseam through this.

11         So -- so, what I'm going to do is I had forgotten

12 about the 20 largest, and there is no one person that

13 represents them.  I'm going to -- I'm going to deny without

14 prejudice your motion for relief from the automatic stay.

15 That's the simplest way.  And if you don't -- and -- and

16 you're going to have to refile it.  You got the -- the

17 substance of it I assume will be the same.  And you're going

18 to have to follow the Rules.  You've read the opposition.

19 There's certain things you just got to do.  I don't -- I

20 don't -- you have -- you have to do it.  And -- and then you

21 are going to -- when -- when you file it properly with the

22 attached notices to the various people -- you know, counsel

23 here has basically told you -- in his objection, he said

24 what you need to do.  And, for whatever reason, you simply

25 seem unable to do it.  And that -- that particular one --

6

1 and as far as the Debtor's concerned, I wasn't concerned
2 about it, but I'm not going to go and be serving the 20
3 largest creditors.  It's a simple thing to do.  You know who
4 they are.  Their schedules are there.

5          I have no opinion, by the way, on what I will do
6 on the merits of it.  I think, obviously, given what
7 happened in the State Court and what was in appeal, it's
8 certainly a thing for you to do, but you got to do it right.
9 I'm not going to do it for you.  And counsel has -- so, I'm
10 going to -- if you'll prepare an order, I'm going to deny
11 that without prejudice.  And then you'll -- whenever you --
12 you file it, right, you might -- you might really talk to
13 somebody who -- it's not a complicated thing.

14          I don't -- fortunately, I don't have to do it
15 because I get to -- I deal with the merits of it.  I don't
16 have to file anything.  I don't.  But you really got to talk
17 to somebody.  You can find somebody who -- who deals with
18 this and can guide you.

19          So -- so, I'm going to -- I'm going to deny -- I'm
20 going to deny it without prejudice.  You'll prepare an
21 order.  Just file it.  And, please, when you file, just
22 serve everybody, a proof of service, file it with -- with
23 it.  The Rule is very explicit.  I think counsel has told
24 you why, what you haven't done.

25          So, I'm frustrated, but it's going to be without

7

1   prejudice.  I'm not going to do it with prejudice.  But if

2   you keep doing it, it may be with prejudice, and you'd

3   really be in a pickle.  I don't want to do that.  I want to

4   rule ultimately on your -- on your motion.

5             So -- so, that -- yes?

6             MR. SELTH:  Your Honor, I just have one more point

7   since we want to get it all out on the record is the -- the

8   list when he's -- the proofs of service that were filed by

9   Mr. Bhola, he checked the box.  And I've checked the NEF

10  list, and this is the list as of today.  I think he's

11  attaching the list from last year.  So, his NEF list isn't

12  even accurate.

13            THE COURT:  Yeah, I'd forgotten that, but -- but

14  you're right.  So, make sure you got the most -- whatever --

15            MR. BHOLA:  Okay.

16            THE COURT:  -- whatever the --

17            MR. BHOLA:  Thank you, your Honor.

18            THE COURT:  -- whatever the -- it is.  It's a

19  shame.  I don't recall this happening before.  But, in this

20  job, you -- you've never seen everything.  But, so, you got

21  to just do it right.

22            MR. BHOLA:  Okay.

23            THE COURT:  Maybe you and Mr. Moda between the two

24  of you can find somebody who actually does this.  It's

25  really simple to do.  But -- but to that, I don't have any

8

1  -- any other way out.  That's that one.

2          Then -- then you have the -- that's stayed.  So,

3  I'm not going to -- I will cross those papers out because

4  you're going to -- I assume you'll just file the same

5  motion.  That's up to you.

6          MR. BHOLA:  Right.

7          THE COURT:  You can change it.  It's going to be a

8  new motion.

9          The other one is I have the -- your one thing,

10  also you really did something which is, again, improper.

11  You -- you filed a so-called status report on the State

12  Court, but that was no status report, Counsel.  That was a

13  brief.  You know, I read it, and a status report is telling

14  me -- which I already knew that they've already ruled.  I

15  knew that.  You filed -- under the guise of filing a status

16  report, you filed a brief of why you should prevail.

17  Totally improper.  I'll leave it at that, but that's -- I'll

18  leave that.  That's just -- it was totally improper, and

19  then we have the -- let me see -- the -- what number is that

20  on the calendar, Stacy?

21          THE CLERK:  We have the app to employ, number 58.

22          THE COURT:  Yeah.  The --

23          THE CLERK:  Then --

24          THE COURT:  Okay.  Now -- now, we have the app to

25  employ -- to -- to employ.  Very -- excuse me.  Let me --

9

1   let me find -- find the paperwork.

2       (Pause.)

3           THE COURT:  I apologize.  I've got a stack of

4   papers.  It's somewhere -- I've read everything.  It's just

5   a question I want to have it in front of me because I have

6   my own -- my own little notes.

7           Well, why don't you come to the podium.  It's your

8   -- your motion.  And, as I recall, there was a -- a late

9   filed opposition?

10          MR. SELTH:  Filed eight days late, yes.

11          THE COURT:  Yeah.  And, again, Counsel, no excuse.

12  I'm not -- I didn't -- I -- I looked it over, but I'm not

13  even going to consider it or let you even argue the point.

14  You can't just say I just didn't realize it.  That -- again,

15  it's your inexperience, but you really -- my -- my -- I

16  don't have to tell you since you're an experienced lawyer,

17  you shouldn't be taking on assignments if you don't really

18  know what the ground rules are.  So -- so, I'm going to

19  grant that.  That's a very simple -- you didn't really --

20  and I'm not going to allow you to say anything on it.  I

21  know you had said something in there, and I'm not going to

22  -- the Rules are there's no opposition.  I don't need to

23  know who the people are, the -- the opposition is.  But, in

24  any case, so, I had -- I did read through it.  But, no, I'm

25  going to approve it, and that -- that's sufficient.

10

 1          And then --

 2          MR. BHOLA:  And I'm not really opposed to it, your

 3  Honor.

 4          THE COURT:  No, no, I'm -- I understand that, but

 5  I'm saying since you did not timely file it, I won't even

 6  let you say anything on it.

 7          MR. BHOLA:  May I make an inquiry?

 8          THE COURT:  No.  Because I -- I read your papers,

 9  and I know what you're going to say, and no.  The fact is

10  that -- that there's been no opposition to the motion, and

11  that's -- that's going to be the order.

12          The other one you also -- it was motion for -- to

13  compel the -- it had to do with paying back -- by the way,

14  you have no authority -- you have no actually -- you don't

15  have to -- you can stay seated, of course.  There's no

16  authority for that whatsoever.  You cited a couple -- a

17  case.  I read the statute, you know.

18          MR. BHOLA:  I thought that 329 authorized the

19  Court to review the -- the --

20          THE COURT:  But you know what that statute has to

21  do with, if you read all the history, is whether or not they

22  were -- whether it was properly done.  In other words, they

23  were talking about the -- the services, whether they were

24  actually properly formed and nothing to do with what you're

25  talking about.  That's what the section is.

11

1          MR. BHOLA:  Okay.  Well, I -- when I --

2          THE COURT:  Reviewing -- reviewing it, not --

3    yours is a motion to have them pay it back.  That's section

4    -- I'm very familiar for -- that section has been there for

5    longer than I have been here.  But, no, that has nothing to

6    do with what you're talking about.  There's absolutely no

7    authority for that.

8          MR. BHOLA:  To me what -- and forgive me --

9          THE COURT:  No.  I understand exactly.  You're

10   saying that the Superior Court sends out the money and,

11   therefore, they should have to pay it back.  But they did do

12   the services, and they're -- they were provided -- the

13   authorization was under federal law.  I get it.  I mean, I

14   really -- I do understand certainly what your papers say.

15   But that's not federal law.  There's no authority

16   whatsoever.

17          So, I'm going to deny your -- your request.

18          MR. BHOLA:  It seems that the services provided

19   really were more services to the benefit of the counsel as

20   opposed to the Debtor, that --

21          THE COURT:  Well --

22          MR. BHOLA:  -- that they knew that the Debtor's --

23          THE COURT:  No, they didn't know -- they didn't

24   know anything.  All they knew is -- anyway.  I -- I hear

25   every -- it isn't that I don't understand what you're

12

1 arguing, but the fact is the federal law doesn't provide --

2 provide for that at all, that nobody knew, and I -- as I sit

3 here today, I was totally neutral on it as I -- when I

4 lifted the stay, you know, as far as the -- you know, to

5 decide it.  I -- I didn't know who to believe.  It wasn't

6 before me.  Obviously there's differing views of it, and the

7 jury decided in favor of Mr. Moda.  I have no problems with

8 that.

9          MR. BHOLA:  Sure.  Sure.  No, I -- but, I mean --

10          THE COURT:  But as far as the attorney fees, they

11 did their -- you know, they were approved by the Court and

12 the provisions of the Code are not talking about what you're

13 talking about.

14          MR. BHOLA:  But attached to my response as Exhibit

15 A, I attached a transcript from another matter in which --

16 involving Ms. Mazgani and --

17          THE COURT:  Well, but that's -- that's not before

18 this Court.

19          MR. BHOLA:  It's attached to my reply.

20          THE COURT:  No, no, no.  I understand, but I'm

21 saying that hearing was not before me.

22          MR. BHOLA:  But in that -- but Mr. Selth

23 essentially admits that  he knew that the -- the moneys that

24 Ms. Mazgani were from properties that had been adjudicated

25 to be -- belonged to Mr. Moda.  Those were --

13

1           THE COURT:  But not at that time.  That isn't --
2  that isn't true at all.  That -- they -- why don't you
3  respond to that  I don't think that's accurate.  Why don't
4  you come to the podium.  That's just not accurate, your
5  Honor.
6           MR. SELTH:  Is this on the Baron (phonetic)
7  hearing?
8           MR. BHOLA:  I believe so, yeah.
9           MR. SELTH:  You know, your Honor, this -- Mr. Moda
10 has brought up the -- our representation of a Debtor in
11 2000 --
12          THE COURT:  No, no, I understand.
13          MR. SELTH:  -- named David Baron.
14          THE COURT:  No, no.  I understand.  I understand
15 the argument, and I --
16          MR. SELTH:  Which he repeatedly brings it up.  He
17 brought it in the motion to disqualify my firm, which --
18          THE COURT:  No, no.  I --
19          MR. SELTH:  -- your Honor denied as --
20          THE COURT:  That has --
21          MR. SELTH:  -- frivolous.
22          THE COURT:  -- has nothing to do with this case.
23          MR. SELTH:  Nothing to do with this case at all,
24 and the -- and the ruling by the Superior Court, the
25 judgment came down in July.  So, to argue that  we took

14

1  money that we knew was somehow from properties that had been

2  adjudicated --

3            THE COURT:  Yeah.  No, no, I under -- I understand

4  your -- I just don't buy it, Counsel, just the -- and,

5  legally, there's no -- just no basis for it.  So, I know you

6  disagree.  I can understand why you'd want to do it, but

7  there's no basis as far as I know.  And -- and I think the

8  references to other matters just doesn't matter.

9            So, I -- I will -- why don't you prepare an order.

10  I will -- I will deny that as well.  And I think the -- the

11  -- I shouldn't say the big one because obviously there's

12  money involved, but the -- the one that I have no idea what

13  I'm going to do because I don't know what the arguments are

14  on the other side -- I'm talking now shifting back to the

15  relief from the automatic stay.  I can certainly understand

16  why you -- why Mr. Moda would want to do that.  And then I

17  suspect -- and I'm not going to hear -- I've seen what --

18  but I suspect it would be this is on appeal, whatever, which

19  it is --

20            MR. BHOLA:  But --

21            THE COURT:  -- but, again, I don't want to -- I

22  don't want to get into that because it will be an

23  interesting -- I have no -- I have not decided at all

24  because I have -- I've seen your papers.  I haven't seen

25  theirs.  I would really like you just to get it so we don't

15

1  keep spinning -- I'm here anyway -- but spinning our wheels

2  on -- on just hearing it.  So, I -- I know it's frustrating,

3  but you still got to follow the Rules.

4          So, you know, I'll see you back whenever.  I'm not

5  going to set a date for it now because you're going to have

6  to file it and -- and I hate -- you're saying I guess it's

7  -- the Rules require -- you saw the opposition.  You know

8  what it is you did wrong.  It's really simple.

9          So, that will conclude this hearing.  Thank you,

10  Gentlemen.

11          THE CLERK:  Judge --

12          THE COURT:  Well, wait a minute.  Wait, wait,

13  wait, wait.

14          MR. SELTH:  There's a status conference.

15          THE COURT:  Oh, the -- there's a status

16  conference.

17          MR. SELTH:  And then the adversary.

18          THE CLERK:  And the adversary and the status on

19  the case and also that motion to disallow the claim number

20  15 that's been -- so, there's three matters on --

21          THE COURT:  Okay.  I am -- I am sorry.  I --

22  you're absolutely right.  So, why don't you -- yeah.

23          MR. SELTH:  So, there's three status conferences

24  that have been trailing.

25          THE COURT:  Yeah, all along.

16

1    MR. SELTH:  The Chapter 11 --

2    THE COURT:  The one, of course, was the

3  nondischargeability.

4    MR. SELTH:  Yes.

5    THE COURT:  And that one, given -- of course, the

6  problem with that one, as you will no doubt argue, is you

7  still have the appeal in the -- on the actions that -- yeah,

8  on its face, if, indeed, the Debtor did what -- what the

9  jury found, you'd -- that looks like it would be

10 nondischargeable.

11    MR. SELTH:  So, Mr. Reid is appearing by Zoom on

12 the adversary.  I'm specially appearing for --

13    THE COURT:  Oh, I'm sorry.

14    MR. SELTH:  -- for Nazanin Mazgani because she's

15 out of the country.

16    THE COURT:  I hadn't even noticed.  Sorry, Mr.

17 Reid.  We've been talking about -- you can see I'm not very

18 fond of Zoom, but in this particular case there's no need,

19 and then also Mr. Jones.

20    So, what do you have to say, Mr. Reid?  Well, I'm

21 not sure there's anything to say other than I'm -- on the --

22 you are counsel in the -- the nondischargeability?

23    MR. SELTH:  No.  The Debtor's daughter, who's an

24 attorney, is counsel in the -- I'm just specially appearing

25 for her on the adversary, because she's out of the -- she's

17

1  out of the country.

2         THE COURT:  Okay.

3         MR. SELTH:  And Mr. Reid and Ms. -- Ms. Nazanin

4  Mazgani did file a status report.  Mr. Reid, I believe,

5  stated he's in the process of being substituted out of the

6  case and wanted to continue until that could happen.

7         THE COURT:  Right.  I -- I saw that.  So, what --

8  what is -- as far as you're concerned, Mr. Reid, what's

9  happening?  I read the report.  Anything?

10        MR. REID (via Zoom):  Nothing further, your Honor.

11  I need to file the motion to withdraw at this point, and I

12  -- yeah, I -- it's -- I think it's status quo at this point.

13        THE COURT:  Okay.  And, Mr. Jones, do you have

14  anything to add?  You're kind of in the middle of all this,

15  but --

16        MR. JONES (via Zoom):  Right.  No, your Honor, no,

17  I think -- I think once the -- I think the relief from stay,

18  like you stated -- the Court stated, the relief from stay

19  matter has to be before the Court before anything can

20  happen.  So --

21        THE COURT:  And then the other matters are what,

22  the --

23        MR. SELTH:  Chapter 11 status conference.

24        THE COURT:  Okay.  Well, the -- there's really --

25  I'm not sure what to do with it.  It's -- it has been

18

1  continued at any -- and what about the other two?

2          MR. SELTH:  And the last one is --

3          THE COURT:  Well, there's a nondischargeability

4  action.

5          MR. SELTH:  That's the one that Mr. Reid --

6          THE COURT:  Yeah, that's that one.

7          THE CLERK:  Disallowing the claim, that was --

8          THE COURT:  Oh, oh, oh, and I keep forgetting,

9  yeah, the one -- that was the prior -- Debtor's prior

10 attorney that we're talking about -- that -- that claim.

11         MR. SELTH:  Yes.

12         THE COURT:  But that -- right, no, that one -- and

13 that one, I -- I have a feeling from both sides -- correct

14 me if I'm wrong -- in fact, you pretty much said it -- that

15 -- that had to do with the -- it had gone to the -- it had

16 been mediated -- not mediated.  It was --

17         MR. SELTH:  Arbitrated.

18         THE COURT:  -- arbitrated.  And then -- and then

19 the question there became neither of you wanted to -- t o

20 deal with it because at the moment, there wouldn't be any --

21 given the nature of the case, including --

22         MR. SELTH:  By the way, this counsel had nothing

23 to do with that.

24         THE COURT:  No, no, no.  I understand that.

25         MR. SELTH:  There is a --

19

1           THE COURT:  But given the nature of the case, the

2   counsel -- the prior attorney for the --

3           MR. SELTH:  Derek Mays --

4           THE COURT:  -- for the Debtor --

5           MR. SELTH:  -- is the attorney.

6           THE COURT:  -- found that -- found worth the

7   effort given that this case might potentially disappear or

8   be dismissed or have no funds to -- to pay him.  There was a

9   couple hundred thousand.  I forget what the number was, but

10  I remember the issues.  And -- and, of course, the Debtor

11  also didn't have any -- even the funds to -- to go over to a

12  hearing on it.  Was that more or less where it -- and

13  neither side, given the uncertainties, really wanted to do

14  -- do it until the -- literally the dust cleared and see

15  where this case ended up.

16          MR. SELTH:  Exactly, your Honor.

17          THE COURT:  And that made sense to me.

18          MR. SELTH:  Exactly.

19          THE COURT:  So, I haven't -- I haven't pressed the

20  point.

21          MR. SELTH:  I don't know why Mr. Kapp's counsel's

22  not here today for that, but --

23          THE COURT:  Because I have a -- yeah, he -- I'm

24  sure from his standpoint -- I'm not sure, but that he filed

25  that even if -- even if I were to allow the claim, which I

20

1  haven't decided obviously, it was disallowed in the
2  arbitration, but I have not, you know, made a final
3  determination by any means, whether we're going to have a
4  trial, whether it will be with witnesses.  So, whatever that
5  is.  But he probably -- I'm thinking in his mind, if I can
6  -- he probably figured given what was going on and even now
7  with the State Court action, there's not going to be any
8  money to pay him anyway.  So, it would be a moot point for
9  him to spend the money to have a hearing, and if I even
10 allowed it, then there wouldn't be any money to pay him
11 anyway.  I -- I'm assuming that would be his reason not to
12 -- not to be here.  And that makes a lot of sense, and the
13 same -- the flip side of that would be -- so, I'm just going
14 to trail that until one of you really says, Okay, I'm here
15 if you want to do it.  But I -- I understand from both sides
16 why you would not want to, you know, have an actual
17 evidentiary.
18          MR. SELTH:  But that's just trailed?
19          THE COURT:  Yeah.  It's just going to trail
20 whatever we do as far as the status conference on the case.
21          MR. SELTH:  Okay.
22          THE COURT:  And I'm not training the relief from
23 the stay because I don't have a -- that would be -- I --
24 that would be a different date.  And, so, we have the
25 nondischargeability -- three things.  We have the

21

1 nondischargeability, which we'll just keep that to the next
2 status conference for that as well as the status conference
3 on the case, as well as the trailing of this other
4 litigation by prior counsel -- by counsel.
5          Anything else?  Thank you for reminding me.
6          MR. BHOLA:  Your Honor, this may be just a finer
7 point on that  relief from stay.  It's really a motion to
8 confirm that there is no stay.
9          THE COURT:  Whatever it is, it's --
10          MR. BHOLA:  Okay.  All right.
11          THE COURT:  -- it's still in effect a relief from
12 the automatic stay.
13          MR. BHOLA:  And then, as a housekeeping matter, in
14 a future hearing, would it be okay if I appeared by Zoom?  I
15 know I just heard you say you don't like it, but it's --
16          THE COURT:  No.  No.  I really don't want to.
17          MR. BHOLA:  -- it's difficult to get here.
18          THE COURT:  I understand your -- no.  My attitude
19 is recent -- I've been consistent not just this case, all
20 the cases.  I don't really like Zoom particularly, but I
21 understand the reality of as far as if it's just a -- a
22 simple status conference that we'd continue it, and I don't
23 want people to -- to have to incur the extra time.  But, no,
24 whenever it -- in this case, this is not a case -- this has
25 been litigated heavily.  And, so, no, I -- I appreciate your

22

1 concern. But, no, I -- when you're having the serious

2 conversation we're having, I just don't like the -- I like -

3 - I think when people say have your day in court, I believe

4 it's important to be, you know, so we can actually see each

5 other. So, that -- you know, it's not right or wrong, but

6 that -- at least that's one of the few perks that I still

7 have to control that. And, so, that's how -- and this is a

8 serious matter obviously from both sides, certainly for Mr.

9 Moda's side. I want to have -- I want to be face to face

10 with people.

11        MR. BHOLA: Sure. I appreciate that, your Honor.

12 And then with regard to these -- his rents from these

13 properties that have been adjudicated --

14        THE COURT: Well, again, that's -- that's -- well,

15 that's what you -- that's what you're talking -- that's what

16 the stay is about right now is I -- I really -- I'm

17 concerned. Yes, I -- I fully understand. And I, quite

18 frankly, at the moment know exactly -- don't know exactly

19 what I will do. I have to see -- I've seen what you say. I

20 have to see what they say, and then you'll get a chance to

21 reply. I have not, you know, made up my mind whatsoever at

22 all. I recognize what the issue is, and that's why it's --

23 it's concerning.

24        Originally I think we set this on a shortened

25 notice --

23

1          MR. BHOLA:  Right.

2          THE COURT:  -- for the same reason.  I want to get

3  it resolved.  I understand that at least the State Court has

4  said this is all Mr. Moda's money.  I get it, and that's why

5  I set it originally on shortened notice, and then -- and

6  then the rest is history.  I recognize the issue, and that's

7  from your standpoint.  No doubt the Debtor has their own

8  view on it, but that's why I did it.  So, no, I -- that's

9  why I -- get that motion filed, properly served, and we'll

10 hear it within 30 -- I'll hear it, you know, within 30 days.

11 I'm not going to set a --

12         MR. BHOLA:  Would --

13         THE COURT:  -- date --

14         MR. BHOLA:  I'm sorry.

15         THE COURT:  I'm not going to set a date right now.

16         MR. BHOLA:  Okay.

17         THE COURT:  Because I don't know when you're going

18 to file it.

19         MR. BHOLA:  I can file it today.

20         THE COURT:  Well --

21         MR. BHOLA:  As you said, your Honor, the --

22         THE COURT:  I will set it --

23         MR. BHOLA:  -- papers have already been prepared.

24         THE COURT:  Under the -- under the Rules, it's a -

25 - it is required to be within 30 -- 30 days, more or less.

24

1  And -- because it deals with -- with real property, and real

2  property -- not only rents and all, but it deals with the

3  actual two physical properties so far as I'm concerned.  It

4  does -- it would be within -- so, file it, and I'll set it.

5  So, please, do it so we don't have to keep coming back.

6           MR. BHOLA:  Right.  You know, there's insurance

7  issues and --

8           THE COURT:  Whatever.

9           MR. BHOLA:  -- if the property is covered and all

10 that.

11          THE COURT:  Well, let's put it this way.  I would

12 be -- if it's -- I would be astonished, but maybe -- I

13 assume the property's insured.  Well, again, I think maybe

14 you can -- counsel, you might want to talk.  I -- I can't --

15 I would be -- especially dealing with counsel that I am

16 familiar with from prior cases, I would be astounded if --

17 if it weren't -- if it were not.  But I can't -- I rely on

18 other people to tell me that, but -- so, in any case, I -- I

19 -- let me stop you.

20          I understand exactly where you're coming from.

21 Get that motion filed.  I will hear it, and I will -- and I

22 will -- I will decide it.

23          MR. BHOLA:  Your Honor, would you be open to

24 shortened notice?

25          THE COURT:  No.

*Echo Reporting, Inc.*

**ER-468**

25

1          MR. BHOLA:  We initially --

2          THE COURT:  No, not -- no.  The reason it's been

3  delayed is, quite frankly, on your inability to do it.  So,

4  no, I -- no, I -- it's -- it is true that it's important.

5  That's why I originally -- I did set it on shortened notice,

6  but, no, no longer that apply -- and, again, it's important

7  to both sides.  I -- so, no.

8          Okay.  Thank you.  Thank you, Gentlemen.

9          THE CLERK:  Judge, I need to give you dates for --

10          THE COURT:  Oh, I didn't give you -- sorry.  I

11  knew I forgot something.  I need a date.  Why don't we do --

12          MR. SELTH:  Status conference?

13          THE COURT:  Yes, for all of the -- yes, well,

14  status conference and then the other things we'll -- and

15  also, again, the 362 and then the other -- the claim for the

16  former attorney.

17          Why don't -- maybe about 60 days.  Why don't we do

18  that.

19      (Pause.)

20          THE CLERK:  So, we have November 28th at 10:00.

21          THE COURT:  20?

22          THE CLERK:  November 28th at 10:00.

23          THE COURT:  28?  Okay.  November 28 at 10:00.

24          MR. SELTH:  Is the Tuesday before Thanksgiving or

25  after?

26

1          THE CLERK:  It's after.

2          THE COURT:  I think the 22nd is usually

3   Thanksgiving, isn't it?

4          THE CLERK:  Well, I didn't want to do it the week

5   of Thanksgiving because some people might go away.

6          MR. SELTH:  No.  If that's the week after, that's

7   fine.

8          THE CLERK:  It's the week after.

9          THE COURT:  Okay.  28th at 10:00.

10         MR. SELTH:  For all the status conferences?

11         THE COURT:  Everything, everything.  And, by the

12   way, I -- I assume if you file right away, we'll have

13   already heard the motion for -- because that's 30 days.  So,

14   yes, that will --

15         MR. BHOLA:  Okay.

16         THE COURT:  -- we'll have heard that.

17         MR. BHOLA:  All right.

18         THE COURT:  And that made it -- well, I'll leave

19   it at that.

20         MR. BHOLA:  Appreciate it.

21         MR. SELTH:  Thank you, your Honor.

22         THE COURT:  okay.  Thank you very much.  See you

23   back the 28th at 10:00.  Thank you.

24         MR. BHOLA:  Your Honor, would October 14 be okay

25   for the --

27

1        THE COURT:  No.

2        MR. BHOLA:  -- motion date?

3        THE CLERK:  No.

4        THE COURT:  No.  What I just -- for the relief

5  from stay?

6        MR. BHOLA:  Yes, the --

7        THE COURT:  No.  What I just told you, until you

8  file it, I'm not going to -- I am not going to set it.  I

9  will set it within approximately 30 days.  So, no, it's not

10 going to be in -- it's not going to be in November -- well,

11 it could be if you wait.  I -- it's clear from what you

12 said, Mr. Moda will not let you do that.  I'm sure he'll be

13 after you to -- yeah.  No, no, no.  One has nothing to do

14 with the other.  The relief from the stay I will set within

15 approximately 30 days.  That's not going to be in -- well,

16 unless you wait, which I'd be amazed if you did.

17       MR. BHOLA:  Sure.  No, I -- I intend to file it

18 today, but the --

19       THE COURT:  Fine.  Fine.

20       MR. BHOLA:  But I thought I need a date on it.

21 So, I'd have to --

22       THE COURT:  No, no.  You're -- what you need to --

23 Stacy, why don't you tell him as far as filing it.

24       I've never -- by the way, you filed a motion.  I

25 -- we never when you're -- the normal circumstances, by the

28

1   way -- and I'm not going to -- and I -- I'm not going to

2   tell you how to do it.  Normally I don't know anything about

3   it.  I know after you file something.  So, normally, if it's

4   a normal relief from the stay -- you want to explain the

5   procedure, Stay, or not?

6          THE CLERK:  Well, what -- what you should do is

7   you're going to file your -- your motion.  The Judge is

8   going to look at it.  Then --

9          THE COURT:  We will set it.

10         THE CLERK:  -- the Court will determine a date.

11  I'll call you, and then you're going to give a notice of the

12  hearing.

13         THE COURT:  Yeah, with the service, and all that

14  -- that was the problem.  The way it happens normally, I

15  never hear about the -- it's rare that I ever know it's

16  coming.  The way it works is I don't know about any of this.

17  The motion is filed, and you get -- and then you -- if it

18  looks okay, you get a date, and then you have to serve.

19  That's what --

20         MR. BHOLA:  If it's not served properly, I'm --

21         THE COURT:  Yeah.  Once you get -- once you file,

22  then you have to get the date.  Then you serve everybody

23  because  how would you -- when you first file it, you don't

24  know what the date is.

25         THE CLERK:  Yeah.

29

```
 1          THE COURT:  Once in a blue moon I may set
 2  something in court.  I'm not going to do it today, but --
 3  but, normally it's you file it, you get a -- you call.  You
 4  get a date, and then you have the proof of service.  That's
 5  how it works.  And, of course, you have to attach that to
 6  the -- to what you serve, to the motion.
 7          Anyway, it is deceivingly simple, but that's what
 8  it is.  So, but -- so, I'll -- so, if you get it -- file it
 9  today and we -- and they give you a date, then I'll be happy
10  to -- to do what I -- my part of it.
11          MR. BHOLA:  Thank you, your Honor.
12          THE COURT:  Thank you very much.
13          MR. BHOLA:  Thank you.
14          THE COURT:  Have a good day.
15      (Proceedings concluded.)
16
17
18
19
20
21
22
23
24
25
```

30

```
 1           I certify that the foregoing is a correct

 2   transcript from the electronic sound recording of the

 3   proceedings in the above-entitled matter.

 4

 5   /s/Jordan Keilty                    10/27/2023
     Transcriber                         Dates
 6

 7   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

 8

 9   /s/L.L. Francisco
     L.L. Francisco, President
10   Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Echo Reporting, Inc.*

**ER-474**

1  Donald W. Reid – SBN 281743
   LAW OFFICE OF DONALD W. REID
2  PO Box 2227
   Fallbrook, CA 92088
3  (951) 777-2460
   don@donreidlaw.com
4
5  Counsel for Plaintiff

6         **UNITED STATES BANKRUPTCY COURT**

7     **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

8

| | |
|---|---|
| 9 | Case No. 2:19-bk-21655-BR |
| In re | Chapter 11 |
| 10 | |
| 11 MAHVASH MAZGANI, | Adv. No. 2:20-ap-01637-BR |
| 12        Debtor. | **STATUS REPORT RE STATE COURT** |
| 13 | **LITIGATION** |
| 14 | Status Conference: |
| 15 KEVIN MODA, | Date:        November 28, 2023 |
| | Time:        10:00 a.m. |
| 16        Plaintiff, | Courtroom:  1668 |
| 17 v. | |
| 18 MAHVASH MAZGANI, | |
| 19        Defendant. | |
| 20 | |

21
22
23
24
25
26
27
28

1

**ER-475**

This Status Report is filed jointly by plaintiff Kevin Moda ("Moda") and defendant Mahvash Mazgani ("Mazgani"), by and through counsel, to advise the Court on the current status of the state court litigation between the parties.

On July 7, 2023, the state court entered Judgment and Statement of Decision in the state court action. Judgment was entered in favor of Moda in the total amount of $33,229,583.55, as well as awarded the Clark and Massachusetts Properties to Moda.

On July 12, 2023, Mazgani timely filed a Notice of Appeal. The appeal is ongoing.

Mr. Reid represents that a breakdown of the attorney-client relationship between Moda and Mr. Reid has occurred. Moda previously signed a substitution of attorney to relieve Mr. Reid as counsel. However, the proposed new counsel did not sign the substitution of attorney. Mr. Reid will file a motion to withdraw as counsel for Moda before the status conference.

The parties request that the Court continue this status conference to April 2024 to allow Moda to retain new counsel. If appearances are necessary, Mr. Reid requests that the Court allow him to appear remotely as he must travel from San Diego County.

Respectfully submitted by,

Dated: November 14, 2023

LAW OFFICE OF DONALD W. REID

By: /s/Donald W. Reid
Donald W. Reid, Counsel for
Plaintiff Kevin Moda

Dated: November 14, 2023

LAW OFFICES OF NAZANIN MAZGANI

By:
Nazanin Mazgani, Counsel for
Defendant Mahvash Mazgani

2

**ER-476**

1

## PROOF OF SERVICE OF DOCUMENT

2

3

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: PO Box 2227, Fallbrook, CA 92088

4

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE STATE COURT LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5

6

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 14, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

7

8

- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
- Nazanin Mazgani    mazganilaw@gmail.com
- Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth    jim@wsrlaw.net,
  jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

9

10

11

12

☐  Service information continued on attached page

13

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) November 14, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

14

15

16

☐  Service information continued on attached page

17

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 14, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

18

19

20

21

☐  Service information continued on attached page

22

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

23

24

| November 14, 2023 | Donald W. Reid | /s/Donald W. Reid |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

25

26

27

28

3

**ER-477**

Case 2:20-ap-01637-BR    Doc 65    Filed 11/30/23    Entered 11/30/23 15:52:56    Desc
Main Document    Page 1 of 1

1   Donald W. Reid – SBN 281743
    LAW OFFICE OF DONALD W. REID
2   PO Box 2227
    Fallbrook, CA 92088
3   (951) 777-2460
    don@donreidlaw.com

4   Counsel for Plaintiff

FILED & ENTERED

NOV 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch DEPUTY CLERK

5          UNITED STATES BANKRUPTCY COURT

6      CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

7   In re

8   MAHVASH MAZGANI,

9          Debtor.

10  ─────────────────────────────

11  KEVIN MODA,

12          Plaintiffs,

13      vs.

14  MAHVASH MAZGANI,

15          Defendant.

Adv. No. 2:20-ap-01637-BR

Chapter 11

Case No. 2:19-bk-21655-BR

**ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL FOR
PLAINTIFF**

No Hearing Required per LBR 9013-1(p)(4)

16      The Court having considered the *Motion to Withdraw as Counsel for Plaintiff* [Doc. 64]

17  ("Motion"), and upon finding good cause and notice proper,

18      IT IS HEREBY ORDERED:

19      1.      The Motion is granted.

20      2.      The Law Office of Donald W. Reid has withdrawn as counsel of Plaintiff. Plaintiff

21  is currently representing himself in pro per.

22  ###

23

24  Date: November 30, 2023

25                              Barry Russell
                                United States Bankruptcy Judge
26

27

28

1

**ER-478**

1    VIP BHOLA, ESQ. (SBN 183980)
2    LAW OFFICES OF VIP BHOLA
3    5429 Cahuenga Blvd., Suite 101
      North Hollywood, CA 91601
4    Tel: (818) 347-5297
      Fax: (818) 221-0302
5    Email: vbhola@icloud.com

6    Attorney for Creditor, KEVIN MODA

7

8            **UNITED STATES BANKRUPTCY COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10

| | |
|---|---|
| In re: | )   CASE No.: 2:19-bk-21655-BR |
| | ) |
| MAHVASH MAZGANI TRUST, | )   Chapter 11 |
| | )   Subchapter V |
|     Debtor and Debtor in Possession. | ) |
| | )   Adv. No. 2:20-ap-01637-BR |
| | ) |
| KEVIN MODA, | ) |
| | )   **RESPONSE TO MAHVASH MAZGANI'S** |
|     Plaintiff, | )   **UNILATERAL STATUS REPORT IN** |
| | )   **ADVERSARY PROCEEDING** |
| v. | ) |
| | )   Date:   January 9, 2024 |
| MAHVASH MAZGANI, | )   Time:   10:00 a.m. |
| | )   Courtroom: 1668 |
|     Defendant. | ) |

/ / /

/ / /

/ / /

This Status Conference Report is filed by plaintiff/creditor, Kevin Moda, by and through his current counsel, in response to the Status Report unilaterally filed by Defendant Mahvash Mazgani.

The Debtor/Defendant is engaging the Court in another round of deception and audacious falsehoods.   The State Court has expressly held that none of the damages that were found to have been inflicted by the Debtor and her cohorts are debts that are subject to discharge.  State courts have concurrent jurisdiction to determine whether unscheduled debts are nondischargeable under § 523(a)(3). In re Menk (9th Cir. BAP 1999) 241 B.R. 896, 905.

Nevertheless, the Debtor cannot discharge the debt under any standard under Sect. 523. ("(3) neither listed nor scheduled under section 521(a)(1) of this title, with the name, if known to the debtor, of the creditor to whom such debt is owed, in time to permit—(A) if such debt is not of a kind specified in paragraph (2), (4), or (6) of this subsection, timely filing of a proof of claim, unless such creditor had notice or actual knowledge of the case in time for such timely filing; or (B) if such debt is of a kind specified in paragraph (2), (4), or (6) of this subsection, timely filing of a proof of claim and timely request for a determination of dischargeability of such debt under one of such paragraphs, unless such creditor had notice or actual knowledge of the case in time for such timely filing and request;(4) for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny; [] (6) for willful and malicious injury by the debtor to another entity or to the property of another entity[.]] '(T)he penalty to the debtor for failing to schedule a fraud debt or otherwise inform the creditor of the bankruptcy is forfeiture of the right to enjoy exclusive federal jurisdiction and loss of the sixty-day limitations period applicable in the exclusive jurisdiction actions.' In re Franklin, supra, 179 B.R. at 924; > In re Bartomeli (BC D CT 2004) 303 B.R. 254, 269; > In re Massa (BC WD NY 1998) 217 B.R. 412, 419]

The Court is in disbelief that the Appeal does not include the rulings of December 7, 2022.  If the Court accepts that trust law, is adjudicated utilizing the Probate Code, then it will see that the December 7, 2022,  Order has achieved finality.  Code of Civ. Proc. 1049.

/ / /

/ / /

1

2                                LAW OFFICES OF VIP BHOLA

3
DATED: December 27, 2023
4
5                      By:_____
6                                    Vip Bhola, Esq.
                              Attorney for Creditor, KEVIN MODA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 5429 Cahuenga Blvd., Suite 101, North Hollywood, California 91601.

On the date indicated below, I served or will served the document(s) described as: **RESPONSE TO UNILATERAL STATUS REPORT IN ADVERSARY PROCEEDING** (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) December 27, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.co
- Nazanin Mazgani mazganilaw@gmail.com
- Donald W Reid don@donreidlaw.com, ecf@donreidlaw.com
- James R Selth jim@wsrlaw.net, jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:** On (date) December 27, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

(state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) December 27, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 27, 2023** at North Hollywood, California.

_____
Vip Bhola

**SERVICE LIST**

**ER-482**