UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: MAHVASH MAZGANI,

Debtor.

_____

KEVIN MODA,

Appellant,

v.

MAHVASH MAZGANI and GREGORY
KENT JONES,

Appellees.

No. 25-5650

D.C. No.
2:25-cv-02230-WLH
Central District of California,
Los Angeles

ORDER

Before: OWENS and MILLER, Circuit Judges.

The motion (Docket Entry No. 48) to stay bankruptcy court proceedings is

denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard in the

context of staying lower court order or judgment). The request to expedite this

appeal is also denied.

Briefing is complete.